964

No. 881, Misc. HOFFER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 884, Misc. SHARP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 885, Misc. WISE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 886, Misc. GARRETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Luke McKissack* for petitioner. *Solicitor General Griswold* for the United States.

No. 887, Misc. BOHMS *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied. *Charles Lacey* for petitioner. *Solicitor General Griswold* for respondent.

No. 889, Misc. BUNKER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 891, Misc. EUBANKS *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Douglas M. Head,* Attorney General of Minnesota, and *George M. Scott* for respondent.

No. 892, Misc. ABINA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.